IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06-57 |
| | : | |
| WAYNE T. GAMBLE | : | |
| a/k/a "Wayne Clayton" | : | |



### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until further order of this Court.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: May 11, 2006

AND NOW, to wit, this __11__ day of __May__, 2006, upon the foregoing Motion,

IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until further order of this Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

MAY 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE