IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. A. No. 06– 57 |
| WAYNE T. GAMBLE<br>a/k/a "Wayne Clayton" | : | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 5, 2006, in the State and District of Delaware, **WAYNE T. GAMBLE, a/k/a "Wayne Clayton",** defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Colt .357 Python revolver handgun, serial number 94850, loaded with five PMC 357 Magnum rounds, after having been convicted, on or about May 10, 1996, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).



FILED
MAY 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count I of this Indictment, defendant **WAYNE T. GAMBLE, a/k/a "Wayne Clayton",** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: one Colt .357 Python revolver handgun, serial number 94850, and five PMC 357 Magnum rounds.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 11 MAY 06