IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. A. No. 06- 57 |
| WAYNE T. GAMBLE<br>a/k/a "Wayne Clayton" | : |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Wayne T. Gamble as a result of the Indictment returned against him on May 11, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated:

AND NOW, this __11__ day of __May__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Wayne T. Gamble.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAY 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE