IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
| | : | |
| v. | : | Cr. A. No. 06–57 |
| | : | |
| WAYNE T. GAMBLE | : | |
| a/k/a "Wayne Clayton" | : | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, respectfully states:

1.  On May 11, 2006, Wayne T. Gamble was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2.  Wayne T. Gamble (d.o.b. 08/16/1970) is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3.  The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, June 1, 2006 at 1:00 p.m..

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Wayne T. Gamble before this Court on June 1, 2006, at 1:00 p.m. for an Initial Appearance and

to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility after the Initial Appearance.

COLM F. CONNOLLY
United States Attorney

By: /s/ David L. Hall
David L. Hall
Assistant United States Attorney

Dated: May 24, 2006

**IT IS SO ORDERED** this _25_ day of _May_____, 2002.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court