IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Cr. A. No. 06- 57 |
| | : |
| WAYNE GAMBLE | : |

MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (check **all that apply**):

  \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

  \_\_\_\_ Maximum sentence life imprisonment or death

  \_\_\_\_ 10+ year drug offense

  \_\_\_\_ Felony, with two prior convictions in above categories

  _X_ Serious risk defendant will flee

  \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

  _X_ Defendant's appearance as required

       **X** Safety of any other person and the community

3. **Rebuttable Presumption.** The presumption applies because (check one or both):

    \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c).

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    **X** After continuance of __3__ days (not more than 3).

5. **Temporary Detention.** The United States request the temporary detention of the defendant for a period of \_\_\_\_\_ days (not more than 10) so that the appropriate officials can be notified since (check **1 or 2, and** 3):

    1. At the time the offense was committed the defendant was:

        \_\_\_\_ (a) on release pending trial for a felony;

        \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_\_ (c) on probation or parole for an offense.

    \_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

__X__  3. The defendant may flee or pose a danger to any other person or the community.

    6. **Other Matters**.

        None.

DATED this __1ST__ day of June, 2006.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By: _____
     David L. Hall
     Assistant United States Attorney