IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-57 |
| WAYNE GAMBLE | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, David Hall, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: /s/
David Hall
Assistant United States Attorney

Dated: June 2, 2006

**AND NOW,** this _____ day of _____, 2006, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge