IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-57-UNA |
| v. | § | |
| | § | SEALED [crossed out] UNSEALED 6/1/06 KJK |
| WAYNE T. GAMBLE | § | |
|     Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
       WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTE,
       WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **WAYNE T. GAMBLE** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **WAYNE T. GAMBLE** was charged with a violation of 18 U.S.C. SECTION 922(g)(1) and 924(a)(2) for an **INITIAL APPEARANCE on THURSDAY, JUNE 1, 2006** at **1:00 PM** and to be returned to custody of the Warden of the Howard R. Young Correctional Institution at the conclusion of the hearing.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 25th day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
     Deputy Clerk

CERTIFIED: 5/30/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY: [signature] Monica Mosley
Deputy Clerk

FILED
JUN 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE