IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | FILED UNDER SEAL |
| | : | |
| v. | : | Cr. A. No. 06–57 |
| | : | |
| WAYNE T. GAMBLE | : | |
| a/k/a "Wayne Clayton" | : | |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM



Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, respectfully states:

1.　On May 11, 2006, Wayne T. Gamble was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2.　Wayne T. Gamble (d.o.b. 08/16/1970) is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3.　The defendant is scheduled for a Detention Hearing on Tuesday, June 6, 2006 at 8:30 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Wayne T. Gamble before this Court on June 6, 2006, at 8:30 a.m. for a Detention Hearing and to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility after the

Detention Hearing.

                                        COLM F. CONNOLLY
                                        United States Attorney

                               By: /s/ Christopher J. Burke
                                        Christopher J. Burke
                                        Assistant United States Attorney

Dated: June 5, 2006

**IT IS SO ORDERED** this ___7___ day of ___June___, 2006.

                                        /s/ Mary Pat Thynge
                                        HONORABLE MARY PAT THYNGE
                                        United States Magistrate Court

