AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>WAYNE T. GAMBLE,<br>a/k/a Wayne Clayton | **WARRANT FOR ARREST**<br><br>Case Number: CR 06-57-~~UNA~~ KAJ |

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ UNSEALED 6/2/06 KJK

YOU ARE HEREBY COMMANDED to arrest _____ WAYNE T. GAMBLE _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

POSSESSION OF A FIREARM BY A FELON - ( COUNT I )

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

PETER T. DALLEO                          BY: [signature]            ; DEPUTY CLERK
Name of Issuing Officer                  Signature of Issuing Officer

CLERK OF COURT                           MAY 12, 2006 at WILMINGTON, DE
Title of Issuing Officer                 Date and Location

FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Wayne Gamble

| DATE RECEIVED<br>5-12-06 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>6-1-06 | | |

AO 442     (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____       WEIGHT: _____

SEX: _____       RACE: _____

HAIR: _____       EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____