IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-57-KAJ |
| | : | |
| WAYNE GAMBLE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this 12th day of July, 2006, that Defendant Gamble's pretrial motions shall be due on the 18th day of August, 2006.

_____
Honorable Kent A. Jordan
United States District Court