IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-57-KAJ |
| ) | |
| WAYNE GAMBLE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, Defendant Wayne Gamble has filed a motion to suppress evidence;

IT IS HEREBY ORDERED this 8th day of September, 2006, that a hearing on Defendant's motion is scheduled for November 2, 2006, at 2:00 p.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware