## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-57-KAJ |
| | ) | |
| WAYNE GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE OF SUPPRESSION HEARING AND FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

NOW COMES the United States, through counsel, and respectfully states as follows:

1.    This Court has scheduled a hearing on the Defendant's Motion to Suppress Evidence and Statements for November 2, 2006, at 2:00 PM.

2.    Wilmington Police Officer Michael Duckett was one of the two officers who participated in the pat-down and subsequent arrest of the Defendant. Officer Duckett is a necessary witness for the Government because he made observations of the Defendant and briefly questioned the Defendant prior to the arrival of other police officers.

3.    Officer Duckett is unavailable on November 2, 2006, because he will be on his honeymoon. He will be available after November 7, 2006. The United States respectfully requests a continuance based on Officer Duckett's unavailability at the scheduled time.

4.    Defense counsel indicated telephonically that she does not oppose this request.

5.    The United States further requests that the Court exclude any time from the date of filing of this Motion, until the date of the scheduled suppression hearing.

5.      The United States submits that, in the interest of justice, 18 U.S.C. §3161(h)(8)(A), the Court exclude under the Speedy Trial Act the time from the date of this document's filing until the date of the suppression hearing, and find that the ends of justice served by such a brief continuance would outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the United States respectfully requests that the Court continue the hearing on the defendant's motion to suppress, and exclude time under the Speedy Trial Act.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/Ilana H. Eisenstein
    Ilana H. Eisenstein
    Assistant United States Attorney

Dated:   October 6, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-57-KAJ |
| | ) | |
| WAYNE GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the hearing on the Defendant's Motion to Suppress Evidence and Statements in this case be re-scheduled for _____ at _____; and

IT IS FURTHER ORDERED that the time from today's date until the date of the suppression hearing is excluded under the Speedy Trial Act, and that such an exclusion is in the interests of justice, and that the interest of resolving the case without a trial outweighs the public's and the defendant's interest in a speedy trial.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-57-KAJ |
| | ) | |
| WAYNE GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee with the United States Attorney's Office, hereby certify that on October 6, 2006, I served the foregoing:

## MOTION FOR CONTINUANCE OF SUPPRESSION HEARING AND FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

by causing two copies of said document to be served by electronically on counsel of record as follows:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/Jennifer Brown_____
Jennifer Brown