IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-57-KAJ |
| | ) | |
| WAYNE GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED this __18th__ day of __Oct.__, 2006, that the hearing on the Defendant's Motion to Suppress Evidence and Statements in this case be re-scheduled for __December 1, 2006__ at __9:30 am__; and

IT IS FURTHER ORDERED that the time from today's date until the date of the suppression hearing is excluded under the Speedy Trial Act, and that such an exclusion is in the interests of justice, and that the interest of resolving the case without a trial outweighs the public's and the defendant's interest in a speedy trial.

_____
UNITED STATES DISTRICT JUDGE