# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Acting Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Moira McGuire Kulik**
Research and Writing Specialist

December 8, 2006

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:    **United States v. Wayne Gamble**
               **Criminal Action No. 06-57-KAJ**

Dear Honorable Judge Jordan:

      On December 1, 2006, an evidentiary hearing was held in front of Your Honor in the above-referenced matter. At that time, the defense requested an opportunity to review additional evidence that the defense had become aware of just a few days prior to the hearing. At the request of Mr. Gamble, the parties went forward with the evidentiary hearing on December 1, but at the end of the hearing, Your Honor permitted defense counsel one week to review the additional evidence to determine what, if any, bearing such evidence may have on the evidence presented at the hearing. After reviewing the additional tapes provided by the government, the defense does not need to re-open the evidentiary hearing, as the defense has no additional evidence to present.

      The defense, however, would like the opportunity to make argument to the Court as to why Mr. Gamble's Motion to Suppress should be granted, and respectfully requests that the Court grant a date for the parties to present oral argument to the Court.[1]

---

[1] Should the Court prefer that the parties submit written briefs in lieu of oral argument, the defense has no objection. Defense counsel has spoken to Ilana Eisenstein, counsel for the government, and was informed that the government will leave it up to the Court to decide whether the Court prefers oral argument or written submissions from both parties.

     Should the Court require any additional information from the defense, please do not hesitate to contact me. Thank you for Your Honor's consideration of the foregoing.

                                                        Respectfully submitted,

                                                        /s/_____
                                                        Eleni Kousoulis, Esq.
                                                        Assistant Federal Public Defender
                                                        Attorney for Defendant Wayne Gamble

cc:     Ilana Eisenstein, AUSA
        Wayne Gamble