IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE GAMBLE, )<br>)<br>Defendant. ) | Criminal Action No. 06-57-KAJ |

### ORDER

At Wilmington this 11th day of December, 2006,

The court having considered defendant's request for additional oral argument (D.I. 29) on the pending motion to suppress in the above-captioned action,

IT IS HEREBY ORDERED that additional oral argument on the motion to suppress (D.I. 21) shall be heard on **December 13, 2006 at 4:00 p.m.** in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

*/s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE