IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-57-KAJ |
| ) | |
| WAYNE GAMBLE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 14th day of December, 2006,

For the reasons set forth by the Court during the oral argument on December 13, 2006,

IT IS HEREBY ORDERED that defendant's motion to suppress (D.I. 21) is DENIED.

_____
UNITED STATES DISTRICT JUDGE