## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-57-KAJ |
| | ) | |
| WAYNE GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. This Court denied the defendant's motion to suppress evidence and statements on December 13, 2006. No other motions are currently pending before this Court.

The United States further requests that this Court exclude under the Speedy Trial Act any time from the date of filing of this Motion, until the date of the scheduling conference. The United States submits that the ends of justice served by a continuance would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

Defense counsel indicated by telephone that she does not oppose this motion or the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:  /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 29, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-57-KAJ |
| | ) | |
| WAYNE GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between December 29, 2006, and

_____, shall be excludable under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8).


_____

United States District Court Judge


Dated:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA            :

                                    :

v.

                                    :   Cr. A. No. 06–57

                                    :

WAYNE T. GAMBLE
    a/k/a "Wayne Clayton"           :

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on December 29, 2006, I electronically filed:

### MOTION FOR SCHEDULING CONFERENCE

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801


                                    /s/ Jennifer Brown

                                    Jennifer Brown