IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-57 JJF |
| WAYNE T. GAMBLE<br>aka Wayne Clayton, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on February 7, 2007 a Scheduling Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Thursday, March 29, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on Thursday, March 29, 2007**.

3) Any Proposed Special Voir Dire Questions shall be filed by **noon on Wednesday, March 28, 2007.**

4) The time between February 7, 2007 and March 29, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 15, 2007
DATE

UNITED STATES DISTRICT JUDGE