IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-57-JJF |
| WAYNE GAMBLE, | : | |
| Defendant. | : | |

**DEFENDANT'S PROPOSED VOIR DIRE**

The defendant, Wayne Gamble, by and through his undersigned counsel, Eleni Kousoulis, hereby proposes the following voir dire questions:

1. A fundamental principal of our legal system is that when a person is charged with a criminal offense he is presumed to be innocent unless and until the government proves guilt beyond a reasonable doubt.

If you are selected as a juror in this case will any of you have reservations or other difficulty applying this rule of law?

2. Do any of you now have an opinion as to Mr. Gamble's guilt or innocence?

3. Do any of you believe that because it is the government that is proceeding with this prosecution, that Mr. Gamble therefore must be guilty?

4. Do any of you believe that it is the responsibility of the person accused to prove their innocence?

5. Mr. Gamble has a constitutional right not to testify. There are many people who feel that if an accused person does not testify, then he must be hiding something. They would expect him

to testify. Do any of you believe that if an accused person does not testify, then the accused must be hiding something?

6. Mr. Gamble is charged with being a felon in possession of a firearm.

Would anything about the nature of this charge cause difficulty for you to sit as a juror in this case?

7. Do any of you have such strong feeling about the charges in general that would make you unable to sit as a juror in this case?

8. Would the knowledge that Mr. Gamble has been previously convicted of a felony offense affect your ability to view him as innocent until proven guilty in this case? Would it cause you to think that he must be guilty of the charge in this case?

9. Does anyone believe you will give more or less weight to the testimony of law enforcement agents?

10. Do you believe that a witness must be trustworthy and reliable because they are called by the government?

11. In order to reach a verdict, jurors must reach the same conclusion. In deliberations you must consider the opinions and points of your fellow jurors, but in the final analysis you must follow your own conscience and be personally satisfied with the verdict.

Will any of you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

Do any of you feel that you will tend to go along with the majority of jurors even if you don't agree just because you are in the minority?

12.	Can you think of any reason which you should call to the Court's attention which may have some bearing on your qualifications as a juror, or which may prevent you from rendering a fair and impartial verdict based solely on the evidence and instructions as to the law given by the Court?

Respectfully submitted,

	/s/
	Eleni Kousoulis, Esq.
	Assistant Federal Public Defender
	704 King Street, Suite 110
	Wilmington, DE 19801
	302) 573-6010
	ecf_de@msn.com
	Attorney for Defendant Wayne Gamble

Dated: March 27, 2007