# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 06-57-JJF |
| WAYNE GAMBLE, | ) ) ) |
| Defendant. | ) ) |

## UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

COMES NOW the United States of America, by and through its undersigned attorneys, and hereby requests that, in addition to the Court's standard voir dire, the Court submit the following questions to the jury panel in the trial of the above-captioned case:

1. Do you object to a law that prohibits people from possessing a firearm if they have been convicted of a felony, that is, a crime punishable by more than one year in prison?

2. Do you have strong views supporting or opposing federal or state gun control laws? Would these views prevent you from being an impartial juror?

3. Have you, or any close relative, ever been investigated by the Bureau of Alcohol, Tobacco & Firearms (ATF) or by the Wilmington Police Department?

COLM F. CONNOLLY
United States Attorney

By: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Date: March 27, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | **Criminal Action No. 06-57-JJF** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WAYNE GAMBLE, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, Legal Assistant with the United States Attorney's Office for the District of Delaware, hereby certify that on the March 27, 2007, I caused to be electronically filed:

**UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE**

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and will be electronically transmitted to the following:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Jennifer Brown
Jennifer Brown
Legal Assistant