# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Criminal Action No. 06-57-JJF** |
| | : | |
| **WAYNE GAMBLE,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

As to Count 1, we the jury find the Defendant

_____ Guilty                          _____ Not Guilty.


_____          _____
Jury Foreman                             Juror


_____          _____
Juror                                    Juror


_____          _____
Juror                                    Juror


_____          _____
Juror                                    Juror


_____          _____
Juror                                    Juror


_____          _____
Juror                                    Juror

Dated:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Criminal Action No. 06-57-JJF |
| | : | |
| WAYNE GAMBLE, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on March 28, 2007, I electronically filed:

### VERDICT FORM

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Jennifer Brown
Jennifer Brown