IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 06-57-JJF |
| | ) | |
| WAYNE T. GAMBLE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, as co-counsel of record for the Government in the above-captioned case.

                              COLM F. CONNOLLY
                              United States Attorney

                        BY: /s/ Robert F. Kravetz
                              Robert F. Kravetz
                              Assistant United States Attorney
                              Nemours Building, Suite 700
                              1007 Orange Street
                              P.O. Box 2046
                              Wilmington, DE 19899-2046
                              302-573-6277, x133

Dated: March 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 06-57-JJF |
| | ) | |
| WAYNE T. GAMBLE | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on March 28, 2007, I caused to be electronically filed a **Notice of Entry of Appearance** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing to the following:

Eleni Kousoulis, Esq.
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney