IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-57-JJF |
| WAYNE GAMBLE, | : |
| Defendant. | : |

**REDACTED**

## VERDICT FORM

As to Count 1, we the jury find the Defendant

_✗_ Guilty                    _____ Not Guilty.

Dated:
3/29/07



FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE