IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06cr57 JJF |
| | : | |
| WAYNE T. GAMBLE, | : | |
| | : | |
| Defendants. | : | |

### O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 14 jurors in the above entitled case on March 29, 2007 through March 29, 2007.


__April 3 , 2007__          __/s/ Joseph J. Farnan__
      DATE                    UNITED STATES DISTRICT JUDGE



FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE