AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    Delaware

**EXHIBIT AND WITNESS LIST**

USA

V.

WAYNE T. GAMBLE

Case Number: 06 CR 57

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FARNAN | ILANA H. Eisenstein | Eleni Kousoulis |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| THURSDAY, MARCH 29, 2007 | Len Dibbs | Lucy / Debbie |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | | | | WPD Officer Michael DUCKETT — (W1) |
| 2 | | 3/29 | | 3/29 | FIREARM |
| 9 | | 3/29 | | 3/29 | Fingerprint Card dtd 2/5/06 |
| W2 | | | | | WPD Officer MARK MARTINEZ — (W2) |
| 3 | | 3/29 | | 3/29 | Audio Recording – Prelim Hearing |
| 4 | | 3/29 | | 3/29 | Transcript Prelim Hearing Excerpt |
| W3 | | | | | Sp. Agent Scott C. Curley ATF  (W3) |
| 5 | | 3/29 | | 3/29 | Firearm Photo |
| 6 | | 3/29 | | 3/29 | Indictment - Burglary |
| 7 | | 3/29 | | 3/29 | Sentence Order - Burglary |
| 8 | | 3/29 | | 3/29 | Fingerprint Card dtd 10/21/95 |
| W4 | | | | | Rodney B. Hegman - SBI (W4)  (W4) |
| 9 | | 3/29 | | 3/29 | Fingerprint Card dtd 2/5/06 |

FILED  APR - 4 2007  U.S. DISTRICT COURT  DISTRICT OF DELAWARE

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages