IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-57 JJF |
| WAYNE T. GAMBLE<br>aka Wayne Clayton, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having been found guilty by a jury to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, July 11, 2007, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 20, 2007
DATE

UNITED STATES DISTRICT JUDGE