IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-57-JJF |
| | : | |
| WAYNE GAMBLE, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Wayne T. Gamble, defendant in the above-captioned case, through his attorney, Eleni Kousoulis, Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan, in this action on the 24th of July, 2007, in the United States District Court, Wilmington, Delaware.

      /s/
ELENI KOUSOULIS, ESQUIRE
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
Attorney for Defendant

DATED: July 26, 2007